ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7334
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants Longia, and Mevi*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ISIDRO ROMAN,** | 2:25-cv-03533-EFB |
| Plaintiff, | **STIPULATION TO REMAND ACTION; ~~(PROPOSED)~~ ORDER** |
| v. | Judge: The Honorable Edmund F. Brennan |
| **E. HUISH; SAN JOAQUIN GENERAL HOSPITAL; DR. J. MEVI; DR. LONGIA, et al.,** | Trial Date: Not Set<br>Action Filed: June 20, 2024 |
| Defendants. | |

    **IT IS STIPULATED** by and between the parties to this action that this action be remanded to the San Joaquin County Superior Court. Good cause exists for this stipulation because the Notice of Removal (ECF 1) filed by Defendants Longia and Mevi was not timely. This stipulation does not address Plaintiff's request for expenses and fees under 28 U.S.C. section 1447(c). This

/ / /

/ / /

/ / /

1

Stipulation may be executed in counterparts.

Dated:  January 26, 2026                                    Respectfully submitted,

_____

ISIDRO ROMAN, PLAINTIFF IN PRO PER

MORDAUNT, ROUNDY, REIHL & JIMERSON

/S/ *CHRISTOPHER J. CLARK*

CHRISTOPHER J. CLARK
(AS AUTHORIZED ON 2/9/2026)
ATTORNEY FOR DEFENDANTS COUNTY OF SAN JOAQUIN AND ERIC HUISH, M.D.

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General

/s/ *R. Lawrence Bragg*

R. LAWRENCE BRAGG
Supervising Deputy Attorney General
*Attorneys for Defendants Longia, and Mevi*

## (PROPOSED) ORDER

**PER THE STIPULATION OF THE PARTIES,** and good cause appearing therefore, it is hereby ordered that this matter is remanded to the Superior Court of the State of California, County of San Joaquin. This order does not affect Plaintiff's request for expenses and fees under 28 U.S.C. section 1447(c).

Dated: February 17, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE